B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

**In re:** Marge E. Healy,          **Bankruptcy Case No.** 05-34722

Marge E. Healy

**Plaintiff,**          **Adversary Proceeding No.**

United States Department of Education, Educational Credit Management Corporation, JFK University, and E.C.S.I,

**Defendant(s).**

## SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
| --- |
| United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Cheryl C. Rouse, Esquire<br>LAW OFFICES OF ROUSE & BAHLERT<br>345 Franklin Street<br>San Francisco, CA 94102 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a status conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
| --- | --- |
| United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 | Courtroom 22 |
| | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.**

_____
*Clerk of the Bankruptcy Court*

_____     By: _____
*Date*                                      *Deputy Clerk*

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ by:

☐     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐     Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of    FORMTEXT _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____          _____
*Date*                                                *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |